IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00064-LTB-GPG

MEL MARIN,

    Plaintiff,

v.

LARRY DALE ROSS, JR., and
ROADRUNNER SCOOTERS LLC,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge filed April 26, 2022 (ECF No. 13). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). Plaintiff subsequently was granted extensions of time until June 29, 2022, to file any written objections. (*See* ECF Nos. 15 & 17.) Therefore, Plaintiff's "Objection to Recommendation of Magistrate" (ECF No. 18), which is file-stamped June 29, 2022, is timely. The Court has reviewed the Recommendation *de novo* in light of the file and record in this case. On *de novo* review the Court concludes that the Recommendation is correct.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 13) is accepted and adopted. It is

1

FURTHER ORDERED that the "First Amended Complaint for Fraud, and for Conversion and for Violation of the California Civil Code Section 1798.140(o)(1) and for Invasion of Privacy Under the Common Law" (ECF No. 10) and the action are dismissed without prejudice for lack of subject matter jurisdiction. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED: July 13, 2022

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court