FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 11 2022
JEFFREY P. COLWELL
CLERK

Mel Marin
Box 601133
San Diego, CA 92160

August 8, 2022

Plaintiff
*Pro Se*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MEL MARIN, | ) | Civil 22- cv-64-GPG |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL |
| | ) | AND |
| v. | ) | POINTS TO BE RAISED |
| | ) | ON APPEAL |
| LARRY DALE ROSS, JR., *et al*, | ) | AND |
| | ) | REQUEST TO PROCEED |
| Defendants. | ) | ON APPEAL |
| | ) | *IN FORMA PAUPERIS* |

Plaintiff appeals from the judgment of dismissal of about 7/13/22. and from all other adverse orders, and seeks papers to apply for *IFP* on appeal.

He designates as the issues to raise on appeal the same issues he raised in his opposition to the magistrate's recommendation, with the following additions arising by the district judge's judgment.

First, the district judge attempted to prejudice plaintiff's case against the defendants but in the same order dismissed for lack of jurisdiction, by saying he enters judgment *for* the defendants and against this plaintiff. This he cannot do.

Because the defendants were never in the case, and were not allowed to be served, the judge had no power to enter judgment in their favor since they did not exist:

> [W]hen a complaint is dismissed for lack of jurisdiction, the defendant cannot be a "prevailing party." Defendant has not "prevailed" over the plaintiff on any issue central to the merits of the litigation. It is impermissible for the court to engage in post hoc analysis of the facts. [Citation.] This is what would occur were we to now begin to sift and weigh the "facts" surrounding these ... claims. They were not before the court and it would be an abuse of discretion to place them before it now.

Pfeiffer Venice Properties v. Bernard, 123 Cal. Rptr. 2d 647, 651 (2002). See also, Parada v. Parada, 196 Ariz. 428, 431 [6], 999 P.2d 184 (2000)(in banc) (court cannot bring parties into action which had not been served with process merely by naming them in a final judgment).

Second, the judge has no authority to issue a judgment against anyone if the court has no jurisdiction so he had no right to say it was against me. MacKay v. Pfeil, 827 F.2d 540, 543 [2](9th Cir. 1987)(district court must enter dismissal and not summary judgment where jurisdiction is lacking).

He did it only as a slam to hurt me for some reason, and that was improper:

> The intention of the court to make a determination on the merits may be important, but if the judgment is clearly not on the merits, the court's intention to make it a bar is immaterial . . . No matter what light they throw on the intention of the court.

Bundrick v. United States, 785 F.2d 1009, 1011 (Fed. Cir. 1986).

Third, like the magistrate the district judge dismissed without finding amendment was futile and without explaining why. That abused disrection:

> The requirement to explain why further amendment would be futile applies where a district court dismisses a pro se litigant's complaint for failure to state a claim.

MTGLQ Inv'rs, LP v. Wellington, No. 20-2000, at *24 (10th Cir. Jan. 7, 2021), following Kay v. Bemis, 500 F.3d 1214, 1217 (10th Cir. 2007).

At a minimum, therefore, the judge should have said why amendment would be futile, and why he agreed with the magistrate, and not tried to prejudice plaintiff's case and not try to help the defendant who was not in the case by issuing a judgment in their favor.

DATED: August 7, 2022

Mel Marin

U.S. POSTAGE PAID
PM
ESCONDIDO, CA
92025
AUG 08, 22
AMOUNT
**$8.95**
R2303S104442-21

80294

USPS TRACKING® #

EXPECTED DELIVERY DAY: 08/11/22

# PRIORITY® MAIL

- Expected delivery date spec...
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FROM:**

Marin
Box 601133
SD CA 92160

**TO:**

US Dist Court
901 19th St.
Denver CO 80294

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

PRIORITY®
MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

[illegible] maxi[illegible] [illegible]ht is 70 lbs. For international shipments, the maximum weight is 20 lbs.



